No. 307, Misc. GARRISON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent.

No. 397, Misc. COSBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert A. Maloney* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 399, Misc. WOODARD v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Richard S. T. Marsh* and *Donald B. Robertson* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 485. GOFF v. GOFF. Sup. Ct. Tenn. Certiorari denied. *Marvin Brooks Norfleet* for petitioner. *Tom P. Mitchell* for respondent.

No. 423, Misc. CREPEAULT v. VERMONT. Sup. Ct. Vt. Certiorari denied. *James L. Oakes,* Attorney General of Vermont, and *Alan W. Cheever* and *Frank G. Mahady,* Assistant Attorneys General, for respondent.

No. 431, Misc. IRONS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 436, Misc. HANEY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.